UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LETTISA RUTLEDGE,<br><br>Plaintiff,<br><br>-against-<br><br>UNITED STATES POSTAL SERVICE; LESLIE ARRATIA,<br><br>Defendants. | 26-CV-9108 (LTS)<br><br>ORDER DIRECTING PAYMENT OF FEE OR AMENDED IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees—a $350.00 filing fee plus a $55.00 administrative fee—or, to request authorization to proceed without prepayment of fees, submit a signed application to proceed *in forma pauperis* ("IFP"). *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but it is incomplete. (ECF 2.) Plaintiff states that she is currently unemployed, but she does not respond to the question asking her to specify her last date of employment and monthly wages at that time. She states that she has no source of income, and she does not respond to the question on the application asking how she is paying her expenses. In response to questions asking about her expenses, assets, dependents, and debts, Plaintiff writes "N/A." (*Id.* at 2.) Because Plaintiff's IFP application does not provide a full accounting of her financial circumstances, the Court is unable to determine whether she can pay the fees to bring his action.

Accordingly, within 30 days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit a completed and signed amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 26-CV-9108 (LTS), and address the deficiencies described above by answering all questions and providing facts to

establish that she is unable to pay the fees to bring this action. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: October 19, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge